IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Musa Ikharo, :
:
    Petitioner(s), :
: Case Number: 1:19cv175
vs. :
: Judge Susan J. Dlott
Attorney General of United States :
:
    Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 6, 2020 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 21, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 and "Motion Against Immigration Court and "BIA" Corrupt and Unlawful Practices" (Doc. 15) are DENIED.

A certificate of appealability will not issue since petitioner has not stated a "viable claim of the denial of a constitutional right,' nor are the issues presented "adequate to deserve encouragement to proceed further." *See Slack v. McDaniel*, 529 U.S. 473, 475 (2000) (citing *Barefoot v. Estelle,* 463 U.S. 880, 893 & n.4 (1983)); *see* also, 28 U.S.C. §2253 ( c ); Fed. R. App. P. 22(b).

With respect to any application by petitioner to proceed on appeal *in forma pauperis*, the Court will certify pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the

Report and Recommendation will not be taken in "good faith,".  Therefore, petitioner is DENIED leave to appeal *in forma pauperis* upon a showing of financial necessity.  *See* Fed. R. App. P. 24(a); *Kindade v Sparkman*, 117 F.d 949, 952 (6th Cir. 1997).

    IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Judge Susan J. Dlott
       United States District Court