UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MUSA IKHARO,
    Petitioner,

vs.

ATTORNEY GENERAL OF
THE UNITED STATES,
    Respondent.

Case No. 1:19-cv-175

Dlott, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

Before the Court is petitioner's motion for a certificate of appealability (Doc. 27). Petitioner also seeks leave to proceed on appeal *in forma pauperis*. (*Id.*, at PageID 225).

On January 29, 2020, a final Order and Judgment were entered in this case adopting the undersigned's Report and Recommendation to deny the petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. (*See* Docs. 16-18). In the final Order, the Court denied a certificate of appealability, certified pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in "good faith," and denied petitioner leave to proceed on appeal *in forma pauperis* upon a showing of financial necessity. (*See* Doc. 17). On February 26, 2020, the Court granted petitioner an extension of time to file objections to the Report and Recommendation, overruled the objections, and denied petitioner's motion to reconsider. (Doc. 24).

For the reasons previously given by the Court in its January 29, 2020 Order (Doc. 17) and its February 26, 2020 Order (Doc. 24), petitioner's motion for a certificate of appealability and for leave to proceed on appeal *in forma pauperis* (Doc. 27) should be denied.

It is therefore **RECOMMENDED** that petitioner's motion for a certificate of appealability and for leave to proceed on appeal *in forma pauperis* (Doc. 27) be **DENIED**.

Date: 3/6/20

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MUSA IKHARO,
    Petitioner,

vs.

ATTORNEY GENERAL OF
THE UNITED STATES,

Case No. 1:19-cv-175

Dlott, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).