IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Musa Ikharo, :
:
    Petitioner(s), :
: Case Number: 1:19cv175
vs. :
: Judge Susan J. Dlott
Attorney General of United States, :
:
    Respondent(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 6, 2020 a Report and Recommendation (Doc. 28). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 29).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, petitioner's motion for a certificate of appealability and for leave to proceed *in forma pauperis* (Doc. 27) is DENIED.

IT IS SO ORDERED.

*/s/ Susan J. Dlott*
Judge Susan J. Dlott
United States District Court